**James B. GEITZ, Appellant,**

v.

**Yolanda HUTCHINSON, Missouri Department of Corrections, Respondent.**

**No. WD 69422.**

Missouri Court of Appeals, Western District.

Aug. 11, 2009.

---

Appellant acting pro se.

Shaun J. Mackelprang and Stephen D. Hawke, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, C.J., P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM:

James Geitz appeals a judgment granting the Department of Corrections' motion to dismiss his petition for declaratory judgment. Affirmed. Rule 84.16(b).